

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-143-CV

PRESBYTERIAN COMMUNITY HOSPITAL            APPELLANTS
OF DENTON D/B/A PRESBYTERIAN HOSPITAL
OF DENTON AND CHAD HAMMONDS, R.N.

V.

CONNIE SMITH, INDIVIDUALLY, AND AS            APPELLEES
PERSONAL REPRESENTATIVE OF THE ESTATE
OF THOMAS EDWARD SMITH, DECEASED,
AND AS NEXT FRIEND FOR THOMAS ANTHONY
SMITH, A MINOR, AND DOUGLAS SMITH AND
STEPHANIE SMITH

----------

### FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants Presbyterian Hospital Of Denton And Chad Hammonds, R.N.'s Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  June 11, 2009